# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-7098**

**September Term, 2020**

**1:20-cv-01704-UNA**

**Filed On:** July 15, 2021

Anthony Leroy Davis, Individually and as
Executive of the Estates of Wrongful
Decendants Negros,

       Appellant

    v.

Joseph R. Biden, Jr., Former Vice President,
in his Individual Capacity, also known as
Grand Wizard KKK, also known as Uncle Joe
and Barack Hussein Obama, Former
President, in his Individual Capacity,

       Appellees

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Millett and Wilkins, Circuit Judges, and Sentelle, Senior Circuit
           Judge

### J U D G M E N T

     This appeal was considered on the record from the United States District Court
for the District of Columbia and on the brief filed by appellant, which contains a request
for en banc consideration.  See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).  It is

     **ORDERED** that the request for en banc consideration be denied.  See Fed. R.
App. P. 35(a).  It is

     **FURTHER ORDERED AND ADJUDGED** that the district court's July 6, 2020
order denying appellant's motion to proceed in forma pauperis and dismissing the
appeal, and the district court's August 13, 2020 order denying appellant's motion for
reconsideration, be affirmed.  The district court correctly concluded that appellant has,

while incarcerated, filed at least three civil actions or appeals that were dismissed on the ground that they were frivolous, malicious, or failed to state a claim.  See 28 U.S.C. § 1915(g); Davis v. Obama, No. 13-5238 (D.C. Cir. Nov. 12, 2013) (per curiam) (listing cases).  The district court also correctly concluded that appellant failed to demonstrate a nexus between his allegations of imminent danger of serious physical injury and his underlying claims for relief.  See 28 U.S.C. § 1915(g); Pinson v. Dept. of Justice, 964 F.3d 65, 71 (D.C. Cir. 2020).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk